FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2024-1288
_____

DAVID FRAZIER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.
_____

Petition for Writ of Prohibition—Original Jurisdiction.


June 5, 2024


PER CURIAM.

DISMISSED. *See English v. McCrary*, 348 So. 2d 293, 296 (Fla. 1977) ("Prohibition may only be granted when it is shown that a lower court is without jurisdiction or attempting to act in excess of jurisdiction."); *Magbanua v. State*, 281 So. 3d 523, 527 n.1 (Fla. 1st DCA 2019) (denying petition for writ of certiorari for petitioner's failure to show that any material injury could not be remedied on appeal and noting that "nothing prevents the trial court from reconsidering its order" under Florida Rule of Criminal Procedure 3.192).

ROBERTS, ROWE, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Justin Karpf, Assistant Public Defender, Tallahassee, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.